UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>IBIZ TECHNOLOGY CORP.;<br>KENNETH W. SCHILLING;<br>H. MARK PERKINS;<br>JEFFREY S. FIRESTONE;<br>D. SCOTT ELLIOTT; AND<br>JERROLD B. MCROBERTS,<br><br>    Defendants. | No. CV 06-502-JAT<br><br>ORDER EXTENDING TIME TO FILE LETTERS ROGATORY (**FIRST REQUEST**) |

Securities and Exchange Commission filed a stipulation requesting a change of the date when it must file letters rogatory, which was set in the Court's Rule 16 Scheduling Order [Docket 42], from October 13, 2006 to October 27, 2006.

PURSUANT TO THE STIPULATION, IT IS ORDERED, that the date by which the plaintiff must file its letters rogatory with the Court is extended to October 27, 2006.

IT IS FUTHER ORDERED that all other deadlines in the Rule 16 Scheduling Order remain unchanged.

Dated this 13th day of October, 2006.

                                                     James A. Teilborg
                                                   United States District Judge